**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>GT Equipment Technologies, Inc.</u>

    v.                                            Civil No. 05-cv-229-JM

<u>Nu Vacuum Systems, Inc.</u>

### <u>O R D E R</u>

Defendant has defaulted. Plaintiff is entitled to judgment and I find and award the following damages based upon the evidence presented at the damages hearing:

| | |
|---|---|
| $32,340.00 | The remainder of the advance payment after deducting the cost of the two (2) delivered chambers ($124,000.00 minus $91,660.00). |
| $ 3,000.00 | The cost to rework the defective top chamber flange on the first chamber. Exhibit 2. |
| $13,989.00 | The cost to remove and replace incorrectly positioned electrode ports on the second chamber. Exhibit 3. |
| $13,989.00 | The anticipated cost to remove and replace the electrode ports on the first chamber. |
| $ 1,000.00 | Transportation costs for work on both chambers. |
| $ 1,200.00 | Cost incurred for additional inspection of the chambers. |
| $ 2,400.00 | Cost for time spent finding and negotiating with other suppliers to make up for Nu Vacuum's failure to provide additional chambers and bases. |

|  |  |
|---|---|
| $    800.00 | Cost for time spent finding and negotiating with other suppliers for bases that Nu Vacuum was supposed to supply along with the two chambers. |
| $ 1,600.00 | Administrative cost for time incurred by Jim Bosco, Dick LeCompt and Karl Pexider arranging repairs and expediting delivery of the late delivered and defective chambers. |
| $24,000.00 | Cost of overtime paid to GT shop employees for work towards meeting contractual shipment obligations to clients, as a result of Nu Vacuum's failure to provide chambers and bases as contracted. |
| **$94,318.00** | **Total** |

In addition, plaintiff is awarded legal fees of $2,607.50 and legal expenses of $394.93. Judgment is entered in the total amount of $97,320.43.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 6, 2005

cc:   George R. Moore, Esq.
      Timothy E. Bray, Esq.